No. 47501.—Protests 34102–K, etc., of F. W. Woolworth Co. (New York).

Opinion by Oliver, P. J. It was stipulated that the figures in question are

in chief value of lead, not plated with platinum, gold, or silver, or colored with gold lacquer, and that they are similar to those the subject of *United States* v. *Woolworth* (28 C. C. P. A. 196, C. A. D. 145). In accordance therewith the lead figures in question were held dutiable at the rate of 3 cents per pound, but not less than 22½ nor more than 45 percent ad valorem under paragraph 397 and T. D. 49753, as claimed.